IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON BENTLEY FRANKLIN,

    Petitioner,                                   No. 2: 13-cv-0654 KJN P

    vs.

NORTH KERN STATE PRISON,

    Petitioner,                                   <u>ORDER</u>

                                 /

          Petitioner, a state prisoner proceeding without counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner did not file an application to proceed in forma pauperis.

          In the petition, petitioner does not challenge the validity of a conviction or sentence. Rather, petitioner challenges conditions of confinement at North Kern State Prison. Because petitioner is challenging conditions of confinement, this action is construed as a civil rights action pursuant to 42 U.S.C. § 1983.

          The alleged violations took place in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 120(d).

////

1  Pursuant to Local Rule 120(f), a civil action which has not been commenced in
2  the proper division of a court may, on the court's own motion, be transferred to the proper
3  division of the court. Therefore, this action will be transferred to the Fresno Division of the
4  court.

5  Good cause appearing, IT IS HEREBY ORDERED that:

6  1. This action is transferred to the United States District Court for the Eastern
7  District of California sitting in Fresno; and

8  2. All future filings shall reference the new Fresno case number assigned and
9  shall be filed at:

10  United States District Court
    Eastern District of California
11  2500 Tulare Street
    Fresno, CA 93721

13  DATED: April 11, 2013

15  _____
    KENDALL J. NEWMAN
16  UNITED STATES MAGISTRATE JUDGE

17  fr654.22