IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON BENTLEY FRANKLIN,

    Petitioner,                             No. 2: 13-cv-0654 KJN P

    vs.

NORTH KERN STATE PRISON,

    Petitioner,                             ORDER

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner did not file an application to proceed in forma pauperis.

        In the petition, petitioner does not challenge the validity of a conviction or sentence. Rather, petitioner challenges conditions of confinement at North Kern State Prison. Because petitioner is challenging conditions of confinement, this action is construed as a civil rights action pursuant to 42 U.S.C. § 1983.

        The alleged violations took place in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

////

1  Pursuant to Local Rule 120(f), a civil action which has not been commenced in
2  the proper division of a court may, on the court's own motion, be transferred to the proper
3  division of the court.  Therefore, this action will be transferred to the Fresno Division of the
4  court.
5  Good cause appearing, IT IS HEREBY ORDERED that:
6  1. This action is transferred to the United States District Court for the Eastern
7  District of California sitting in Fresno; and
8  2. All future filings shall reference the new Fresno case number assigned and
9  shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED:  April 11, 2013

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

fr654.22